**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  EDGARD CASTRO-MOTTA, and
3.  NANCY MARCELA CASTRO-MOTTA,

    Defendants.

---

**MINUTE ORDER**[1]

---

    Due to a conflict that has arisen on the court's calendar, the jury trial in 09-cv-02977-REB-KLM, Iowa Pacific Holdings, LLC v. National Railroad Passenger Corporation, will extend into Wednesday, July 6, 2011, the motions hearing set for July 6, 2011, should be vacated and reset.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the motions hearing set for July 6, 2011, is **VACATED** and is **CONTINUED** to **July 21, 2011**, at 1:30 p.m., the court reserving the remainder of the afternoon for this hearing; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

    Dated:  June 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.