**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. NANCY MARCELA CASTRO-MOTTA,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the **Motion To Withdraw Previous Motion To Quash Subpoena and Subpoena Duces Tecum Issused To James H. Davis and James M. Wolfinbarger and Motion To Quash Subpoena Duces Tecum Issued To Harold Stevenson** [#173] filed July 25, 2011. The motion is **GRANTED**, and the **Motion To Quash Subpoena Duces Tecum Issued To James H. Davis and James M. Wolfinbarger and Motion To Quash Subpoena Duces Tecum Issued To Harold Stevenson** [#163] filed July 20, 2011, is **WITHDRAWN**.

    Dated: July 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.