**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  EDGAR CASTRO-MOTTA, and
3.  NANCY MARCELA CASTRO-MOTTA,

      Defendants.

---

## MINUTE ORDER[1]

---

On Tuesday, **October 11, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the following motions for hearing:

- Defendant Edgar Castro-Motta's **Motion To Suppress Evidence Obtained in Traffic Stop** [#69][2] filed February 22, 2011;

- **Defendant, Nancy Marcela Castro-Motta's Motion To Suppress Arrrest** (sic)**, Statements and Evidence** [#79] filed March 7, 2011; and

- **Defendant, Nancy Marcela-Castro-Motta's Supplemental Motion To Suppress Arrrest** (sic)**, Statements and Evidence** [#159] filed July 15, 2011.

Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: October 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.