IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              July 11, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir
Interpreters:      Melinda Gonzalez-Hibner and Susanna Cahill

**Criminal Action No.  11-cr-00033-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Susan "Zeke" Knox |
|  | Timothy Jafek |
| Plaintiff, |  |
| v. |  |
| 2.  EDGAR CASTRO-MOTTA, | John Sullivan |
| 3.  NANCY MARCELA CASTRO-MOTTA, | Jeffrey Edelman |
|     a/k/a Marlene Castro, |  |
|     a/k/a "Flaca," |  |
| Defendants. |  |

## COURTROOM MINUTES

**Oral Argument on Motions To Quash Subpoenas, #313 and #325**

**11:05 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is Troy Eid, attorney for Third Party, American Society of Crime Laboratory Directors/Laboratory Accreditation Board.

Defendants are present in custody.

Opening statements by the court.

11:14 a.m.    Argument by Ms. Knox.

11:24 a.m.     Argument by Mr. Eid.

11:34 a.m.     Argument by Mr. Edelman.

11:57 a.m.     Rebuttal argument by Ms. Knox.

12:00 p.m.     Rebuttal argument by Mr. Eid.

     **IT IS ORDERED** that Third Party American Society of Crime Laboratory Directors/Laboratory Accreditation Board shall file, by **July 30, 2012**, or sooner if possible, a transcript of the oral order of the honorable Marcia S. Krieger, United States District Judge for the District of Colorado, in criminal case 10-cr-00567-MSK-05, USA v. Luis Armando Celaya, docket #238, on August 28, 2011.

Court takes the matters under advisement.

**12:06 p.m.     Court in recess.**

Total time in court:   01:01

Hearing concluded.