**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:            July 11, 2013

Courtroom Deputy:   Kathleen Finney
Court Reporter:     Tracy Weir
Interpreter:        Melinda Gonzalez-Hibner
Probation Officer:  Patrick Lynch

**Criminal Action No.   11-cr-00033-REB**

<u>Parties:</u>                                  <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Susan Knox

    Plaintiff,

v.

3.  NANCY MARCELA CASTRO-MOTTA,            Jeffrey Edelman

    Defendant.

**SENTENCING MINUTES**

**11:08 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Now pending before the court and relevant to sentencing are the following:
- the **Objection to Presentence Investigation Report** [#475] filed February 19, 2013;
- the **Motion for Variance and Departure** [#476] filed February 19, 2013;
- the **Government's Motion Regarding Acceptance of Responsibility** [#479] filed February 22, 2013;
- the **Motion to Dismiss Indictment and Count Two of the Superseding Indictment** [#480] filed February 22, 2013; and
- the **Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance** [#511] filed June 27, 2013.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1, 1a, 2, and 2a is formally approved;

2. That the pending motions are resolved as follows:
   - the **Motion for Variance and Departure** [#476] is **GRANTED**, to the extent that it coincides with the foregoing findings and conclusion of the court and the following orders;
   - the **Government's Motion Regarding Acceptance of Responsibility** [#479] is **GRANTED**;
   - the **Motion to Dismiss Indictment and Count Two of the Superseding Indictment** [#480] is **GRANTED**;

- the **Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance** [#511] is **GRANTED**;

3. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **one hundred sixty-eight (168) months**;

4. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years**;

5. That if practicable, within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which she is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that if the defendant is removed from this country, then defendant shall not re-enter without the lawful approval and

> > authority of the Secretary of the Department of Homeland Security;
> 
> - that if the defendant is removed from and then granted permission to lawfully return to this country, defendant shall report to the nearest United States Probation Department within 72 hours of defendant's lawful return to this country;
> 
> - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

10. That this court recommends that the Bureau of Prisons designate the defendant to a federal correctional institution in southern California; and

11. That the defendant is remanded to the custody of the United States Marshal.

The court did not advise the defendant of her right to appeal the sentence imposed.

**12:20 p.m.   Court in recess.**

Total time in court:  01:12

Hearing concluded.